IN THE DISTRICT COURT OF LANCASTER COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-04930

Sheriff's Sale Date: _____

V.

ANDRZEJ KUSTON, ET AL,
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: __Summons & Complaint__

I, __Jennifer Paschal__, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve ANDRZEJ KUSTON the above process on the __23rd__ day of __January__, 20__18__, at __5:30__ o'clock, __P__ M, at 20569 E Aztec Trl Mayer, AZ 86333 2563

**Manner of Service:**

By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*
- [ ] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action*
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action*
- [x] By handing a copy to the Defendant(s)
- [ ] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found*
- [ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides*
- [ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof*
- [ ] By posting a copy of the original process on the most public part of the property pursuant to an order of court

*Name: __Andrzej Kuston__
Relationship/Title/Position: __Defendant__
Remarks: _____
Description: Approximate Age __65__ Height __5'7__ Weight __150__ Race __W__ Sex __M__ Hair __Gray/White__

Defendant was not served because: ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant

☐ Other: _____

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of __Arizona__  )
) SS:
County of __Yavapai__  )

Before me, the undersigned notary public, this day, personally, appeared __Jennifer Paschal__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

JAKE CARLSON
Notary Public – Arizona
Yavapai County
My Comm. Expires Apr 19, 2021

Subscribed and sworn to before me this __29th__ day of __January__, 20__18__.

_____
Notary Public

File Number: USA-174783
Case ID #: 5082377

IN THE DISTRICT COURT OF LANCASTER COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-04930

Sheriff's Sale Date: _____

V.

ANDRZEJ KUSTON, ET AL,
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: Summons & Complaint

I, Jennifer Paschal, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve DANUTA J. KUSTON A/K/A DANUTA KUSTON the above process on the 23rd day of January, 20 18, at 5:30 o'clock, P.M, at 20569 E Aztec Trl Mayer, AZ 86333 2563

**Manner of Service:**

By handing a copy to:

☐ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action*

☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action*

☐ By handing a copy to the Defendant(s)

☒ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found*

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides*

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof*

☐ By posting a copy of the original process on the most public part of the property pursuant to an order of court

*Name: Andrzej Kuston
Relationship/Title/Position: spouse
Remarks: _____
Description: Approximate Age 65  Height 5'  Weight 150  Race W  Sex M  Hair Gray/white

Defendant was not served because: ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant

☐ Other: _____

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of Arizona   )
                                 ) SS:
County of Yavapai                )

Before me, the undersigned notary public, this day, personally, appeared Jennifer Paschal to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

JAKE CARLSON
Notary Public – Arizona
Yavapai County
My Comm. Expires Apr 19, 2021

Subscribed and sworn to before me this 29th day of January, 20 18.

_____
Notary Public

File Number: USA-174783
Case ID #: 5082377