UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff<br><br>vs.<br><br>ANDRZEJ KUSTON<br>DANUTA J. KUSTON a/k/a DANUTA KUSTON<br><br>  Defendant(s) | CIVIL NO. 17-04930 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(x)   Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )   Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )   Certified mail by Sheriff's Office.
( )   Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )   Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )   Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

( )   Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )   Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )   Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff

IN THE COMMON PLEAS COURT OF LANCASTER COUNTY PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

ANDRZEJ KUSTON, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 17-04930

Sheriff's Sale Date: 8-22-2018

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: Notice Of Sale

I, TRACY B ARNOLD, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve DANUTA J KUSTON A/K/A DANUTA KUSTON the above process on the 26th day of APRIL, 20 18, at 8:46 o'clock, A M, at 20569 E Aztec Trl Mayer, AZ 86333 2563

Manner of Service:

By handing a copy to:

☐ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *

☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *

☒ By handing a copy to the Defendant(s)

☐ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

☐ By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: _____
Relationship/Title/Position: _____
Remarks: _____
Description: Approximate Age 60+ Height 5'4" Weight 130 Race Wht Sex F Hair Grey

Defendant was not served because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant

☐ Other: _____

Service was attempted on the following dates/times:

1) _____ 2) _____ 3) _____

Commonwealth/State of ARIZONA )
) SS:
County of YAVAPAI )

Before me, the undersigned notary public, this day, personally, appeared TRACY ARNOLD to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____(Signature of Affiant)_____

Lic# V040005 Yavapai Cnty, AZ
File Number: USA-174783
Case ID #:5165431

Subscribed and sworn to before me
this 1st day of May, 20 18.

_____ Notary Public

Jennifer Paschal
Notary Public
Yavapai County, Arizona
My Comm. Expires 08-03-2021

IN THE COMMON PLEAS COURT OF LANCASTER COUNTY PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>ANDRZEJ KUSTON, ET AL,<br>Defendant (Respondent) | CASE and/or DOCKET No.: 17-04930<br>Sheriff's Sale Date: 8-22-2018 |

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: Notice Of Sale

I, **Tracy B Arnold**, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve ANDRZEJ KUSTON the above process on the **20th** day of **April**, 20**18**, at **8:46** o'clock, **A**M, at 20569 E Aztec Trl Mayer, AZ 86333 2563

Manner of Service:

By handing a copy to:

- ☐ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action *
- ☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *
- ☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *
- ☐ By handing a copy to the Defendant(s)
- ☒ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *
- ☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *
- ☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *
- ☐ By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: **Danuta Kuston**
Relationship/Title/Position: **Spouse**
Remarks: _____
Description: Approximate Age **60+**  Height **5'4"**  Weight **130**  Race **Wht**  Sex **F**  Hair **Grey**

Defendant was not served because: ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant

☐ Other: _____

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of **Arizona**           )
                                             ) SS:
County of **Yavapai**                        )

Before me, the undersigned notary public, this day, personally, appeared **Tracy B Arnold** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_Tracy B Arnold_
(Signature of Affiant)
Lic# YV040005 Yavapai Cnty, AZ
File Number: USA-174783
Case ID #: 5165431

Subscribed and sworn to before me
this **1st** day of **May**, 20**18**.

_____ Notary Public

Jennifer Paschal
Notary Public
Yavapai County, Arizona
My Comm. Expires 08-03-2021


USA - BA

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>7594-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703808786939<br>9171999991703808786939 | KUSTON, DANUTA J.<br>20569 E. Aztec Trl<br>Mayer, AZ 86333 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808786946<br>9171999991703808786946 | KUSTON, ANDRZEJ<br>20569 E. Aztec Trl<br>Mayer, AZ 86333 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808786953<br>9171999991703808786953 | KUSTON, DANUTA J.<br>4421 Miller Drive<br>Mount Joy, PA 17552 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808786960<br>9171999991703808786960 | KUSTON, DANUTA J.<br>4421 Miller Drive<br>Mount Joy, PA 17552 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703808786977<br>9171999991703808786977 | KOVACH, JANE M.<br>58 Graeff Street<br>Cressona, PA 17929 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 5<br>5 | | 3.53<br>3.53 | 24.25<br>24.25 | | | 27.78<br>27.78 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____        Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)         Extra Service Codes:
                                 C      Certified
                                 ERR    Return Receipt

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829 APR 18 2018
$ 001.95⁰

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | DOMESTIC RELATIONS OF LANCASTER COUNTY<br>40 East King Street<br>PO Box 83479<br>Lancaster, PA 17608 | | | | | | | | | | | |
| 2. | | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | |
| 3. | | LANCASTER AREA SEWER AUTHORITY<br>130 Centerville Road<br>Lancaster, PA 17602 | | | | | | | | | | | |
| 4. | | Commonwealth of Pennsylvania, Department of Revenue<br>Bureau of Compliance Lien Section<br>P.O. Box 280948<br>Harrisburg, PA 17128-0948 | | | | | | | | | | | |
| 5. | | TENANTS / OCCUPANTS<br>4421 Miller<br>Mount Joy, PA 17552 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 5
Total Number of Pieces Received at Post Office: 

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen

USA-174783   Lancaster County   Sale Date: 08/22/2018

ANDRZEJ KUSTON & DANUTA J. KUSTON a/k/a DANUTA KUSTON

USA - B. Augustin

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                        Plaintiff<br><br>vs.<br><br>ANDRZEJ KUSTON<br>DANUTA J. KUSTON a/k/a DANUTA KUSTON<br><br>                        Defendants | CIVIL NO. 17-04930 |

### AFFIDAVIT PURSUANT TO RULE 3129

      THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

        4421 Miller Drive
        Mount Joy, PA 17552

1. Name and address of Owner(s) or Reputed Owner(s):

        ANDRZEJ KUSTON
        4421 Miller Drive
        Mount Joy, PA 17552

        DANUTA J. KUSTON a/k/a DANUTA KUSTON
        4421 Miller Drive
        Mount Joy, PA 17552

2. Name and address of Defendant(s) in the judgment:

        ANDRZEJ KUSTON
        4421 Miller Drive
        Mount Joy, PA 17552

        DANUTA J. KUSTON a/k/a DANUTA KUSTON
        4421 Miller Drive
        Mount Joy, PA 17552

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

        DOMESTIC RELATIONS OF LANCASTER COUNTY
        40 East King Street
        PO Box 83479
        Lancaster, PA 17608

PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

LANCASTER AREA SEWER AUTHORITY
130 Centerville Road
Lancaster, PA 17602

Commonwealth of Pennsylvania, Department of Revenue
Bureau of Compliance Lien Section
P.O. Box 280948
Harrisburg, PA 17128-0948

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

TENANTS / OCCUPANTS
4421 Miller
Mount Joy, PA 17552


I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: July 26, 2018

_____
KML Law Group, P.C.
BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff