

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 17-CV-4930

**FILED**
SEP - 4 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at

4421 MILLER DRIVE, MOUNT JOY, PA 17552.

The public sale was held on AUGUST 22, 2018

and the highest bidder was DENISE CLAAR

who bid the amount of $ 69,000.°°

By: _____
Deputy U.S. Marshal
PATRICK ENNIS
SDUSM