| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>17-04930 |
|---|---|
| DEFENDANT<br>Andrzej Kuston and Danuta Kuston aka Danuta Kuston | TYPE OF PROCESS<br>US Marshals Sale of Real Estate |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Andrzej Kuston and Danuta Kuston aka Danuta Kuston

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

4421 Miller Drive, Mount Joy, PA  17552

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA  19106

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**FILED**

SEP - 4 2018

KATE BARKMAN, Clerk
By _____ Dep. Clerk

| Signature of Attorney other Originator requesting service on behalf of | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 66 | No 66 | *signature* | 8/22/18 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

SERVICE FEE  4 hours @ 65 = 260.00
PARKING = 1.50
160 ET miles @ .545 = 87.20

| Date | Time |
|---|---|
| 8-22-18 | 11:15  ☒ am ☐ pm |

Signature of U S Marshal or Deputy  *signature* 0603

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| PARKING 1.50 | 87.20 | | 88.70 | | 88.70 |

REMARKS  PROPERTY SOLD 69,000.00 TO DENISE CLAAR
US Marshals Sale of premises known as 4421 Miller Drive, Mount Joy, PA  17552.  Sale was held at the Lancaster County Courthouse, 50 North Duke Street, Lancaster, PA.

| DISTRIBUTE TO: | 1 CLERK OF THE COURT<br>2 USMS RECORD<br>3 NOTICE OF SERVICE<br>4 BILLING STATEMENT*  To be returned to the U S Marshal with payment, if any amount is owed  Please remit promptly payable to U S Marshal<br>5 ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev 11/13 |
|---|---|---|