IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| ANDRZEJ KUSTON, et al. | : | NO.:  17-cv-4930 |

O R D E R

AND NOW, this **11**th day of **DECEMBER, 2018**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Lawrence F. Stengel, to the calendar of the Honorable Edward G. Smith.

FOR THE COURT:


JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
KATE BARKMAN
Clerk of Court