# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff<br>v.<br>ANDRZEJ KUSTON<br>DANUTA J. KUSTON a/k/a DANUTA KUSTON<br>　　　　　　　　Defendants | Civil Action No: 17-04930 |

## ORDER

AND NOW, this 12TH day of Dec., 2018, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1.　That the public sale held on August 22, 2018 is hereby confirmed.

2.　That the Marshal is ordered and directed to execute and deliver to Denise M. Claar, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of ANDRZEJ KUSTON and DANUTA J. KUSTON a/k/a DANUTA KUSTON in and to the premises sold located at 4421 Miller Drive, Mount Joy, PA 17552.

3.　That jurisdiction is retained for such further orders or decrees as may be necessary.



　　　　　　　　　　　　　　　　　　　　　　　　　J.