## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

        Plaintiff

CIVIL NO. 17-04930

vs.

ANDRZEJ KUSTON
DANUTA J. KUSTON a/k/a DANUTA KUSTON

        Defendants

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser..................................$69,000.00

Amount of cash received ..............................................................$69,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2017A79798 .....................................................$69,000.00

                                KML Law Group, P.C.

                                By: _____
                                Rebecca A. Solarz, Esquire
                                Suite 5000 – BNY Independence Center
                                701 Market Street
                                Philadelphia, PA 19106-1532
                                (215) 825-6327